In the Matter of WOLFERD SHAPIRO, Petitioner, against STATE LIQUOR AUTHORITY, Respondent.— Determination confirmed, without costs. All concur. (Review of a determination of the Alcoholic Beverage Control Board which

denied petitioner's application for a restaurant liquor license for hotel premises in Dunkirk, which proceeding was transferred to the Appellate Division for determination by amended order of Erie Special Term.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.